**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                               Case #16-18344-LMI
**Debtor:** Bertha Ramirez                                              Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 09-27-2016 and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 09-27-2016 but not conducted for the following reason:

1. [ x ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [  ] The parties did not reach an agreement


Dated: 09.27.16                         Signature of Mediator: _____ //s// Anthony Roca
                                        Printed Name: Anthony Roca
                                        Address: 1750 Coral Way Second Floor Miami, FL
                                        33145
Copies To:                              Phone: (305) 263-7700
[All Parties to Mediation]              Email: tony@rocalaw.com