

**ORDERED in the Southern District of Florida on November 4, 2016.**

*Laurel M. Isicoff*
Laurel M. Isicoff
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**In re:**
**BERTHA RAMIREZ**              Case No.: 16-18344- BKC-LMI
SSN: XXX-XX-9120              Chapter 13
_____Debtor_____/

**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION
AGREEMENT WITH SELECT PORTFOLIO SERVICING, INC.**

This matter came before the Court:

☒  On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with **Caliber Home Loans, Inc.** ("Lender") **(ECF #62)**.

☐  For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement between the Debtor and **Caliber Home Loans, Inc.** regarding real property located **14570 SW 51st Street, Miami, FL  33175** is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor has already amend/modify the chapter 13 plan to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

**Submitted by:**  Navarro Hernandez, P.L. Luis F. Navarro, Esq., P.O. Box 34-7650 , Coral Gables, FL 33234 , Tel: (305)447-8707 , Fax: (305)447-3787

*Luis F. Navarro, Esq., shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).*