UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ __FIRST__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Bertha Ramirez          JOINT DEBTOR: _____          CASE NO.: 16-18344-LMI
Last Four Digits of SS# 9120    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __48__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ __1,162.55__ for months __1__ to __9__ ;
B.  $ __86.64__ for months __10__ to __48__ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,525.00  ($3500 + $1500 MMM + $525 Motion to Modify)
  TOTAL PAID  $ 2,025.00
  Balance Due  $ 3,500.00 payable $107.27/month (Months __1__ to __9__) and $ 64.98/month (Months __10__ to __48__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.  Caliber Home Loans, Inc.                    Arrearage on Petition Date      $ _____
 Successor in interest to Wells Fargo Home Mortgage
Address: PO Box 24330                           MMM/TPP Payments $ 1,011.16/month (Months __1__ to __9__)
  Oklahoma City, OK 73124-0330
Account No: __3379__
*Homestead property 14570 SW 51st St. Miami, FL 33175

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| N/A | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. N/A _____  Total Due  $ _____
                         Payable    $ _____ /month (Months ___ to ___)

Unsecured Creditors: Pay $ 12.99/month (Months __10__ to __48__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The Debtor was offered a final loan modification by Wells Fargo Home Mortgage/Wells Fargo Bank, N.A., now transferred to Caliber Home Loan, Inc. ("Lender"), Wells Fargo loan number 1823 and Caliber Home loan number 3379, for real property located at 14570 SW 51st Street, Miami, FL 33175 via the MMM Program and will be making those payments directly outside the plan.

The Debtor will modify the Chapter 13 Plan to pay 100% to allowed unsecured claims. However, Debtor retains the right to litigate any disputed claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Bertha Ramirez_
Debtor
Date: 3/23/2017

_____
Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)